IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ZACHARY T. COLLINS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-cv-7 |
| M. CERVANTEZ, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Zachary T. Collins, an inmate confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this lawsuit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff filed an Application to Proceed *In Forma Pauperis* along with his complaint. A review of the Application, however, revealed it was not in proper form. On January 10, 2022, Plaintiff was ordered to submit either the $402.00 filing fee or an Application to Proceed *In Forma Pauperis* and a statement certified by an authorized prison official showing the average balance in, and deposits into, Plaintiff's inmate trust account for the preceding six months.

On January 26, 2022, Plaintiff submitted an Application to Proceed *In Forma Pauperis*. A review of the Application revealed Plaintiff should pay an initial partial filing fee. On January 27, 2022, Plaintiff was ordered to pay an initial partial filing fee of $65.05. Plaintiff's compliance was due on or before the expiration of thirty (30) days from the date of the order.

Plaintiff failed to pay the initial partial filing fee as ordered. On March 31, 2022, the undersigned entered a Report recommending dismissal for want of prosecution.

Plaintiff filed objections to the Report in which he asserted he had submitted his request for withdrawal. Additionally, Plaintiff requested that the court waive the filing fee in exchange for six

days' good time credit "pro-rated at the fair market value of $100.00 per day." On April 26, 2022, Plaintiff's motion to waive the filing fee was denied, and Plaintiff was granted an extension of fifteen (15) days in which to submit the initial partial filing fee of $65.05.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.,* 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

As of this date, Plaintiff has not paid the initial partial filing fee as ordered. Despite the passing of five months since the original order, the court has not received an initial partial filing fee from Plaintiff. Further, Plaintiff has offered nothing more than his bald assertion that he submitted his withdrawal to prison officials. Accordingly, Plaintiff has failed to diligently prosecute this case. Therefore, this action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Plaintiff may avoid dismissal of this action by submitting, within fourteen days after service of this Report, a sworn affidavit or unsworn declaration made under penalty of perjury under 28 U.S.C. § 1746, setting forth the details of his compliance with the court's order and submitting copies of any relevant consent forms. Plaintiff is reminded that false statements in an affidavit or unsworn declaration made under penalty of perjury may result in prosecution for perjury. *See* 18 U.S.C. § 1621.

## Recommendation

This action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 27th day of June, 2022.**

*[signature]*
_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE