IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ZACHARY T. COLLINS | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv7 |
| M. CERVANTEZ, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Zachary T. Collins, an inmate at the LeBlanc Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice for want of prosecution.[1]

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. Plaintiff acknowledged receipt of the Report on July 5, 2022. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

---

[1] Plaintiff was ordered to pay an initial partial filing fee of $65.05. A review of the trust fund statement provided along with plaintiff's application to proceed *in forma pauperis* reveals plaintiff had a balance of $90.44 in his prisoner account. Accordingly, plaintiff had sufficient funds to pay the initial partial filing fee.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 26th day of July, 2022.**

Michael J. Truncale
United States District Judge